**Order entered January 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01559-CV

### CHERRY PETERSEN LANDRY ALBERT LLP, Appellant

### V.

### ERWIN CRUZ, M.D., Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-16274**

## ORDER

Before the Court is the parties' January 4, 2013 joint unopposed motion to consolidate this appeal with cause number 05-12-01480-CV, Plano AMI LP, et al v. Erwin Cruz, M.D. The parties' motion to consolidate is **DENIED**. Both cases will be submitted on the same docket to one submission panel.

/s/    DAVID LEWIS
        JUSTICE